IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| BERNARD WERWIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:14-cv-00555-JRS |
| | ) | |
| CSX CORPORATION | ) | |
| CSX REAL PROPERTY INC. | ) | |
| CSX TRANSPORTATION INC. | ) | |
| | ) | |
| THOMAS H. MITCHELL, | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORP. | ) | |
| AMTRAK, | ) | |
| | ) | |
| Defendants. | ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

   Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification of recusal, the undersigned counsel for **CSX Transportation, Inc.**_____
In the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
**CSX Corporation a publicly traded company (Parent), and the following subsidiaries: Allegheny and Western Railway Company, Baltimore & Cumberland Valley Railroad Extension Company, Central Railroad Company of South Carolina, Dayton & Michigan Railroad Company and Home Avenue Railroad Company.**

Or

   Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely
held entities:
_____
_____

Or

   Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

10/29/14_____              _____/s/ Eli Jason S. Mackey, Esq.____
Date                                Signature of Attorney or Litigant
                                   Counsel for CSX Transportation Inc.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BERNARD WERWIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 3:14-cv-00555-JRS |
| ) | |
| CSX CORPORATION ) | |
| CSX REAL PROPERTY INC. ) | |
| CSX TRANSPORTATION INC. ) | |
| ) | |
| THOMAS H. MITCHELL, ) | |
| ) | |
| NATIONAL RAILROAD PASSENGER CORP. ) | |
| AMTRAK, ) | |
| ) | |
| Defendants. ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification of recusal, the undersigned counsel for
**CSX Corporation, a publicly traded company**_____
In the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
**CSX Transportation, Inc. (Subsidiary)**_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely
held entities:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

10/29/14_____            _____/s/ Eli Jason S. Mackey, Esq.___
Date                                                          Signature of Attorney or Litigant
                                                                 Counsel for CSX Corporation

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| BERNARD WERWIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:14-cv-00555-JRS |
| | ) | |
| CSX CORPORATION | ) | |
| CSX REAL PROPERTY INC. | ) | |
| CSX TRANSPORTATION INC. | ) | |
| | ) | |
| THOMAS H. MITCHELL, | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORP. | ) | |
| AMTRAK, | ) | |
| | ) | |
| Defendants. | ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification of recusal, the undersigned counsel for
_____
In the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
_____
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely
held entities:
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
**NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a/ Amtrak**_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public. **Defendant Amtrak was created by the Rail Passenger Services Act of 1970. The United States government, through its Department of Transportation, owns all of Amtrak's issued and outstanding preferred stock. Amtrak is not a publicly traded company.**_____

10/29/14_____                    ___/s/ Eli Jason S. Mackey, Esq.____
Date                                         Signature of Attorney or Litigant
                                             Counsel for National Railroad Passenger
                                             Corporation, d/b/a Amtrak

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| BERNARD WERWIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:14-cv-00555-JRS |
| | ) | |
| CSX CORPORATION | ) | |
| CSX REAL PROPERTY INC. | ) | |
| CSX TRANSPORTATION INC. | ) | |
| | ) | |
| THOMAS H. MITCHELL, | ) | |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORP. | ) | |
| AMTRAK, | ) | |
| | ) | |
| Defendants. | ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification of recusal, the undersigned counsel for
**CSX Real Property, Inc.**_____
In the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
**CSX Corporation, a publicly traded company (Parent).**_____
**CSX Transportation, Inc. (Affiliate)**_____
                 Or

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely
held entities:
_____
                 Or

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____ _____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

10/29/14_____            _____/s/ Eli Jason S. Mackey, Esq.__
Date                        Signature of Attorney or Litigant
                          Counsel for National Railroad Passenger
                          Corporation, d/b/a Amtrak