# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| BERNARD WERWIE, )<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORP., d/b/a AMTRAK )  | Case No.: 3:14-cv-555 |

## MOTION TO DISMISS CSX CORPORATION, CSX REAL PROPERTY, INC., AND CSX TRANSPORTATION INC.

**COMES NOW** the plaintiff, by counsel, moving to dismiss CSX CORPORATION, CSX REAL PROPERTY, INC., and CSX TRANSPORTATION INC. and in support thereof states as follows:

1) National Railroad Passenger Corporation, d/b/a AMTRAK, has contractually agreed to assume any liability these defendants may have in this case.

2) Accordingly, the plaintiff moves to dismiss these defendants from this action contingent upon AMTRAK's continuing willingness to accept any liability and damages that may be found to be the responsibility of CSX.

BERNARD WERWIE

/s/David P. Morgan
David P. Morgan, VSB #70211
Marcari, Russotto, Spencer & Balaban PC
1 Park West Circle, Suite 101
Midlothian, VA  23114
davidm@mrslawfirm.com

J. Thompson Cravens, Esq. (VSB #27559)  
Cravens & Noll, PC  
9011 Arboretum Parkway, Suite 200  
Richmond, VA  23236  
(804)330-9220  
(804)330-9458 Facsimile

## CERTIFICATE

I certify that a copy of this Motion was sent to all parties in interest, including those below, by way of this Court's NEF/ECF system on dECEMBER 4, 2014.

C. Stephen Setliff (VSB #27882)  
Eli Jason Mackey (VSB #84142)  
SETLIFF & HOLLAND, P.C.  
4940 Dominion Boulevard  
Glen Allen, Virginia 23060  
(804) 377-1260  
(804) 377-1280 Facsimile  
ssetliff@setliffholland.com  
jmackey@setliffholland.com  

Steven W. Bancroft (VSB #18447)  
BANCROFT, MCGAVIN, HARVATH & JUDKINS, P.C.  
3920 University Drive  
Fairfax, Virginia 22030  
(703) 285-1000  
(703) 385-1555 Facsimile  
sbancroft@bmhjlaw.com  

/s/David P. Morgan